IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RUSSELL WILLIAM BRADLEY,**

    **Plaintiff,**

vs.                                                                                          Case No.: 3:11cv279/MCR/EMT

**FRED G. LEVIN,**

    **Defendant.**

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 7, 2011 (Doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED** as follows:

        a.    Plaintiff's federal claims are **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii).

        b.    Plaintiff's state law claims are **DISMISSED without prejudice** to Plaintiff's pursuing them in the appropriate state court.

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 12th day of August, 2011.

                                                 s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**